**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6690**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

DOUGLAS M. LINDSAY, II,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Anderson. G. Ross Anderson, Jr., District Judge. (CR-96-327, CA-99-986-8-13)

———————

Submitted:  July 27, 2000            Decided:  August 7, 2000

———————

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Douglas M. Lindsay, II, Appellant Pro Se.  David Calhoun Stephens, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Douglas M. Lindsay, II, seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Lindsay, Nos. CR-96-327; CA-99-986-8-13 (D.S.C. Mar. 9, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED